1    REBECCA EISEN, State Bar No. 096129
     DARYL LANDY, State Bar No. 136288
2    MONA M. BADANI, State Bar No. 227389
     MORGAN, LEWIS & BOCKIUS LLP
3    One Market
     Spear Street Tower
4    San Francisco, CA  94105
     Tel:  415.442.1000
5    Fax:  415.442.1001
     reisen@morganlewis.com
6
     JOHN S. BATTENFELD, State Bar No. 119513
7    MORGAN, LEWIS & BOCKIUS LLP
     300 S. Grand Avenue, 22nd Floor
8    Los Angeles, CA  90017-3132
     Tel:  213.612.2500
9    Fax: 213.612.2501
     jbattenfeld@morganlewis.com
10
     Attorneys for Defendants
11   UNION BANK OF CALIFORNIA, N.A.
     and UNIONBANC INVESTMENT SERVICES LLC
12

13                        UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15   BRYAN DAVENPORT, on behalf of          Case No. C-06-06661 CRB
     himself and all others similarly situated,
16   and on behalf of the General Public,   **STIPULATION EXTENDING TIME TO
                                             ANSWER COMPLAINT**
17                       Plaintiff,
                                             **[LOCAL RULE 6-1(a)]**
18         vs.

19   UNION BANK OF CALIFORNIA, N.A.,
     UNIONBANC INVESTMENT
20   SERVICES LLC, a Delaware limited
     liability corporation, and DOES 1 to 10,
21   inclusive,

22                       Defendant.

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I-PA/3612771.1                           1                     Case No. C-06-06661 CRB

## RECITALS

**WHEREAS** Defendants Union Bank of California, N.A., and Unionbanc Investment Services LLP, (collectively "Defendants") have not previously requested an extension of time to answer the Complaint; and

**WHEREAS** the stipulated extension of time will not require the modification of any deadlines previously set by the Court.

## STIPULATION

Pursuant to Local Rule 6-1(a), Plaintiff Bryan Davenport and Defendants hereby agree and stipulate, by and through their attorneys, to a two-week extension to answer the Complaint in this matter.  This Stipulation for an extension of time only applies to an answer to the Complaint. The extension of time does not apply to the filing of a Rule 12 motion under the Federal Rules of Civil Procedure.

Dated: _____ 2006        KELLER GROVER LLP


By_____
    Eric A. Grover
    Attorneys for Plaintiff
    BRYAN DAVENPORT

Dated: _November_ _1_, 2006        MORGAN, LEWIS & BOCKIUS LLP


By _____
    MONA BADANI
    Attorneys for Defendants
    UNION BANK OF CALIFORNIA, N.A.
    and UNIONBANC INVESTMENT
    SERVICES LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3612771.1                              1                    Case No. C-06-06661 CRB

STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

**RECITALS**

**WHEREAS** Defendants Union Bank of California, N.A., and Unionbanc Investment Services LLP, (collectively "Defendants") have not previously requested an extension of time to answer the Complaint; and

**WHEREAS** the stipulated extension of time will not require the modification of any deadlines previously set by the Court.

**STIPULATION**

Pursuant to Local Rule 6-1(a), Plaintiff Bryan Davenport and Defendants hereby agree and stipulate, by and through their attorneys, to a two-week extension to answer the Complaint in this matter. This Stipulation for an extension of time only applies to an answer to the Complaint. The extension of time does not apply to the filing of a Rule 12 motion under the Federal Rules of Civil Procedure.

Dated: Nov. 1, _____ 2006          KELLER GROVER LLP

By_____
Eric A. Grover
Attorneys for Plaintiff
BRYAN DAVENPORT

Dated: _____ 2006          MORGAN, LEWIS & BOCKIUS LLP

By_____
MONA BADANI
Attorneys for Defendants
UNION BANK OF CALIFORNIA, N.A.
and UNIONBANC INVESTMENT
SERVICES LLC

November 6, 2006

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3582717

1

Case No. C-06-06661 CRB

STIPULATION EXTENDING TIME TO ANSWER COMPLAINT