IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DAVENPORT, on behalf of himself and all others similarly situated, and on behalf of the General Public,<br><br>    Plaintiff,<br><br>  v.<br><br>UNION BANK OF CALIFORNIA, N.A.,<br><br>    Defendants.<br>_____ / | No. C 06-06661 CRB<br><br>**ORDER TRANSFERRING CASE** |

    Now pending before the Court is defendants' motion to transfer this action to the Central District of California. In light of plaintiff's notice of non-opposition, defendants' motion is GRANTED and this action is transferred to the Central District of California.

    **IT IS SO ORDERED.**

Dated: Dec. 21, 2006

                                                   CHARLES R. BREYER
                                                 UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6661\orderretransfer.frm